|   |   |
|---|---|
| 1 | **PATENAUDE & FELIX, A.P.C.** |
|   | Raymond A. Patenaude, Esq. (#128855) |
| 2 | Michael R. Boulanger, Esq. (#226294) |
|   | Michael D. Kahn, Esq. (#236898) |
| 3 | Tara Natarajan, Esq. (#263333) |
|   | Kevin Landrith, Esq. (#125739) |
| 4 | 4545 Murphy Canyon Road, 3rd Floor |
|   | San Diego, California 92123-4363 |
| 5 | (858) 244-7600 Fax (858) 836-0318 |
| 6 | Attorneys for Defendant |
|   | PATENAUDE AND FELIX |

PATENAUDE & FELIX, APC
ATTORNEYS AT LAW
4545 MURPHY CANYON ROAD, 3RD FLOOR
SAN DIEGO, CALIFORNIA 92123-4363
TELEPHONE (858) 244-7600 FACSIMILE (858) 836-0320

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KEVIN LAMAR, | Case No. C11-05593 |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER** |
| | Action Filed: November 18, 2011 |
| PATENAUDE AND FELIX, APC; | Trial Date:   None |
| Defendant | |

The Court hereby allows Defendant Patenaude and Felix APC, to enlarge the time for Defendants to answer or otherwise respond to Plaintiff's complaint up to and including February 17, 2012.

DATED:   January 30, 2012

_____
Judge



IT IS SO ORDERED
Judge Charles R. Breyer

1

PROPOSED ORDER