1  **PATENAUDE & FELIX, A.P.C.**
   Raymond A. Patenaude, Esq. (#128855)
2  Tara Natarajan, Esq. (#263333)
   4545 Murphy Canyon Road, 3rd Floor
3  San Diego, California 92123-4363
   (858) 244-7600 Fax (858) 836-0318
4
   Attorneys for Defendant
5  PATENAUDE AND FELIX

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

12

13 KEVIN LAMAR,                        Case No. C11-05593 CRB

14                    Plaintiff,

15                                     [PROPOSED] ORDER
   v.
16                                     Action Filed: November 18, 2011
                                       Trial Date:   None
17 PATENAUDE AND FELIX, APC;

18                    Defendant

19

20   The Court hereby allows the Parties to jointly continue the Case Management

21 Conference 30 days or some later date the Court deems appropriate.

22   Case Management conference reset for April 6, 2012 at 8:30 a.m. courtroom 6, 17th floor.

23 DATED: February 28, 2012

24

25

26                                                    _____
                                                      Judge
27                                                    

28

1

PROPOSED ORDER