Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
KEVIN LAMAR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KEVIN LAMAR, | **Case No.:** 3:11-cv-05593-CRB |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| PATENAUDE & FELIX, A.P.C., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, KEVIN LAMAR, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: March 14, 2012                              KROHN & MOSS, LTD.


                                                                    By:     /s/ Ryan Lee, Esq.
                                                                    Ryan Lee, Esq.
                                                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

1  I hereby certify that on March 14, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that a copy of the foregoing was sent via USPS to the following:

Raymond A. Patenaude
Patenaude & Felix, A.P.C
4545 Murphy Cyn Road # 300
San Diego CA 92123


By:    /s/ Ryan Lee, Esq.   

Ryan Lee, Esq

VOLUNTARY DISMISSAL